IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cr-30037-DWD |
| | ) |
| DEARRIS D. GUTHRIE, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

**DUGAN, District Judge:**

On December 7, 2021, this Court entered a preliminary order of forfeiture (Doc. 47) against Defendant Dearris D. Guthrie for the following property:

> **A Ruger LCP, .380 semi-automatic firearm, bearing serial number 380081921, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The United States has provided a sworn declaration that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days, beginning on August 19, 2022, and ending on September 17, 2022 (Doc. 62-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property pursuant to 21 U.S.C. § 853(n).

Consequently, the Court hereby **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the

above-described property that is subject of the order of forfeiture (Doc. 47) filed on December 7, 2021, namely:

**A Ruger LCP, .380 semi-automatic firearm, bearing serial number 380081921, and any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the forfeited property according to law.

**SO ORDERED.**

Dated: December 6, 2022

_____
DAVID W. DUGAN
United States District Judge